IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JOHNNY BRITTON, )
 )
          Plaintiff, )
 )
v. ) No. 09 C 5510
 )
DONNELL WALKER, et al., )
 )
          Defendants. )

## MEMORANDUM ORDER

City of Chicago ("City") and several of its police personnel have filed a Notice of Removal ("Notice") to bring this action from the Circuit Court of Cook County to this District Court, predicating such removal on the recent 42 U.S.C. §1983 ("Section 1983") addition to the Complaint that had originally been brought by Johnny Britton ("Britton") on a state law battery theory. Because the Notice is timely and appears to be appropriate in most other respects, this Court is contemporaneously issuing its customary initial scheduling order.

This added memorandum order, however, is being issued sua sponte because the removal papers appear to be incomplete. In that respect, 28 U.S.C. §1446(a) requires that the Notice be accompanied by "a copy of all process, pleadings, and orders served upon such defendant or defendants in such action." In this instance, though, only the original Complaint and the Amended Complaint (filed August 14, 2009) are attached to the Notice. Accordingly, on or before September 22, 2009 City's

counsel is ordered to supplement the current filing with copies of whatever documents called for by the statute have been omitted.

_____
Milton I. Shadur
Senior United States District Judge

Date:  September 8, 2009